```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
                                     )
LISA KARAS,                          )
                                     )
     Plaintiff,                      )
                                     )   CIVIL ACTION FILE
v.                                   )   NO. 1:10-cv-2280-WSD
                                     )
NEW NGC, INC.,                       )   JOINT MOTION TO EXTEND
                                     )   DEADLINE FOR PROPOSED
     Defendant.                      )   JOINT PRETRIAL ORDER
                                     )
```

Defendant New NGC, Inc. and Plaintiff Lisa Karas hereby move the Court to extend the deadline for submission of the Joint Proposed Pretrial Order in the above-referenced case. The parties have been working to prepare that submission but have been hindered by a larger than anticipated workload and the recent illness of Defendant's lead counsel. Accordingly, the parties respectfully request that the deadline be extended from March 19, 2012 to March 29, 2012.

The parties have filed a proposed Order contemporaneously with this motion.

Respectfully submitted this   15th   day of March, 2012.

-2-

| | |
|---|---|
| s/ James E. Radford, Jr. | s/Joseph M. Murray, Jr. |
| **James E. Radford, Jr.** | **Edward Katze** |
| Georgia Bar No. 108007 | Georgia Bar No. 409075 |
| james@jamesradford.com | ekatze@constangy.com |
| | **Joseph M. Murray, Jr.** |
| | Georgia Bar No. 531999 |
| | jmurray@constangy.com |
| | |
| JAMES RADFORD, LLC | CONSTANGY, BROOKS & SMITH, LLP |
| 150 E. Ponce de Leon Ave | 230 Peachtree Street, N.W. |
| Suite 260 | Suite 2400 |
| Decatur, Georgia 30030 | Atlanta, Georgia 30303 |
| Telephone:(678) 369-3609 | Telephone: (404) 525-8622 |
| | |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |
| **LISA KARAS** | **NEW NGC, INC.** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA KARAS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:10-cv-2280-WSD |
| NEW NGC, INC., | ) |
| Defendant. | ) **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on this  15th  day of March, 2012, I electronically filed the foregoing *Joint Motion to Extend Deadline for Proposed Joint Pretrial Order* with the Clerk of the Court by using the CM/ECF system, which will send e-mail notification of such filing to the following attorney of record:

James E. Radford, Jr.

s/ Joseph M. Murray, Jr.
Joseph M. Murray, Jr.
Georgia Bar No. 531999
jmurray@constangy.com

**CONSTANGY, BROOKS & SMITH, LLP**
230 Peachtree Street, N.W.
Suite 2400
Atlanta, Georgia 30303-1557
Telephone:(404) 525-8622
Facsimile:(404) 525-6955