```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
                                       )
LISA KARAS,                            )
                                       )
     Plaintiff,                        )
                                       )    CIVIL ACTION FILE
v.                                     )    NO. 1:10-cv-2280-WSD
                                       )
NEW NGC, INC.,                         )
                                       )
     Defendant.                        )
                                       )
```

### ORDER

Before the Court is parties' motion to extend the deadline for submission of the Joint Proposed Pretrial Order.  For good cause shown, the parties' motion is GRANTED, and the deadline for the parties to submit their Joint Proposed Pretrial Order is extended to and through March 29, 2012.

So ORDERED, this _____ day of _____, 2012.


_____
THE HONORABLE STEVE C. JONES
U.S. DISTRICT COURT JUDGE